IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 21-mj-183 |
| JUAN SANTIAGO | |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Michael R. Ball, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, JUAN SANTIAGO, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant violated Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (Possession With Intent to Distribute a Quantity of Cocaine), and Title 18, United States Code, Section 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime); and Section 922(g)(1) (Possession of a Firearm by a Convicted Felon).

Recommended bond:   Detention.

                                                Respectfully submitted,

                                                SCOTT W. BRADY
                                                United States Attorney

By:    */s/ Michael R. Ball*
          MICHAEL R. BALL
          Assistant U.S. Attorney
          PA ID No. 209143