IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 21-mj-183 |
| JUAN SANTIAGO | |

O R D E R

AND NOW, to wit, this 28th day of January, 2021, upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant, JUAN SANTIAGO

Bond, if any, shall be set by the United States Magistrate Judge.

HONORABLE LISA PUPO LENIHAN
UNITED STATES MAGISTRATE JUDGE

cc: Michael R. Ball, AUSA